Rev. 7/06
CO Hab Corp
AO 241 amd.

FILED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Timothy Eady_
NAME (Under which you were convicted)

_DC DC 241088 Fed number 08381-007_
PRISON NUMBER

_1901 D St SE Washington DC zip 20003_
PLACE OF CONFINEMENT/ADDRESS

Case: 1:07-cv-00478
Assigned To : Robertson, James
Assign. Date : 03/14/2007
Description: TIMOTHY R. EADY V. WARDEN SMITH

_Timothy Ray Eady_          )
(Full Name)      Petitioner  )
                             )
                             )
           v.                )    Civil Action No.: _____
                             )    (To be filled in by Clerk)
                             )
_Warden Steven A Smith_      )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
           Respondent        )

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED
MAR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: _Superior Court of the District of Columbia_

2.  (a) Date of the sentence (or detention): _7-14-92_

3.  Length of sentence: _4 to 12 years Plus 100 days_

4.  Nature of offense involved (all counts): _Attempt Distribution of Cocaine_

5.  (a) What was your plea? (Check one):
    ☐ Not guilty
    ☒ Guilty
    ☐ Nolo Contendere (no contest)
    ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____ N/A _____

_____

_____

_____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☑ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: _____
       (2) Nature of the proceedings: _____

   _____ N/A _____

       (3) Grounds raised: _____

   _____

   _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☑ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____

   _____ N/A _____

       (3) Grounds raised: _____

   _____

   _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☑ No
       (5) Result: _____

  (6) Date of result: _____

(c) As to any third petition, application, or motion, give the same information:
  (1) Name of Court: _____
  (2) Nature of the proceedings: _____
  (3) Grounds raised: *N/A*

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes
    ☒ No
  (5) Result: _____
  (6) Date of result: _____

(d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
  (1) First petition, etc."
    ☐ Yes
    ☒ No
  (2) Second petition, etc.:
    ☐ Yes
    ☒ No
  (3) Third petition, etc.:
    ☐ Yes
    ☒ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: *My reason is that I do not feel that it is necessary.*

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE:
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 7-14-92 I was sentence to 3 to 9 years all suspendent but 180 days and two years of Probation. on 7-28-93 I violated that order from my Judge Zinora Mitchell Rankin and was sentence to 2 to 6 years on the case F-01152-92. I was allso sentence to 2 to 6 years from Jugde Wisberg. My total sentence was 4 to 12 years and 100 days!

B. GROUND TWO:
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I am asking that the court look into this matter. The 4 to 12 years sentence was up in July 27, 2005. Not only did the United State Parole Commission take my street time. The Commission took my good time that was issued to me from the court. My termination date as of now is 11-18-10

C. GROUND THREE:
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Please look into my case and help me address this matter. I am serving a seven teen year sentence off of a 4 to 12 year sentence. Honorable Zinora Mitchell Rankin this here sentence is up I am asking you to vacate this sentence if possible. I recieve this here sentence July 28, 1993

D.  GROUND FOUR:
  (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _Please explain to me how can the United State Parole Commission have the wright to take my good time. This time was issued to me as a none mandatory st sentence from Jugde Zinora Mithell Rankin. Please give me a reason why my good time and my street time should be taken._

_Please help me to understand why this here sentence should not be vacated._

9.  If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☑ No

    (a) If so, give the name and location of the court and case number, if known: _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☑ No

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

Page 7

(b) And give date and length of sentence to be served in future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
  ☐ Yes
  ☒ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Timothy Roy Eady*
Petitioner's Signature
2-28-07

**2-28-07**
Date



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IMPORTANT INFORMATION.....PLEASE READ CAREFULLY

WARNING TO PRO SE LITIGANTS

All documents That You File with The Court Will Be Available to the Public on the Internet Through PACER (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

**YOU ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. YOU MUST REMOVE CERTAIN PERSONAL IDENTIFYING INFORMATION FROM ALL DOCUMENTS BEFORE YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

Under the Privacy Policy of the Judicial Conference of the United States, <u>a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court.</u> This rule applies to <u>*ALL*</u> documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or "xxxx" (redact) the personal identifying information prior to submitting the document to the Office of the Clerk for filing.

1. <u>Types of personal information that MUST be removed or redacted from documents before filing:</u>
   (a) **Social Security Numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
   (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
   (c) **Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
   (d) **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
   (e) **Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (e.g., verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. <u>Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction.</u>

   Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. Section 114(s).

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SOCIAL SERVICES DIVISION - ADULT BRANCH

**PRESENCE REPORT**

                                    PDID No.: 420-918
                                    Docket No.: F-01152-92C

**Re:** Timothy Eady                          Date Referred: 5-21-92

**To:** The Honorable Zinora Mitchell-Rankin   Date Due: 7-10-92

**From:** Probation Officer George Hughson   Sentencing Date: 7-14-92

---

Defendant Information:
True Name: Timothy Roy Eady          Address: 1510 Butler Street,
                                                     S.E., Apt. 201
                                                     Washington, DC  20020
                                                     Tel. #: (202) 678-4736

**Aliases:** None

**Age/Birthdate:** 23/1-4-69    **Sex:** Male    **Birthplace:** Washington, DC

**Time in D.C. Area:** Lifetime                Citizenship: Yes
                                                   Alien No.: N/A

**Marital Status:** Single    **Dependents:** 0    **Education:** High School
                                                                              Graduate

**Social Security No.:** 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    **Permit No.:** None

**DCDC No.:** 241-088                       **FBI No.:** 787990NA6

---

Offense, Code and Penalty: Attempt Distribution of Cocaine; 33-549; $500,000 and/or up to 30 years.

Plea: Guilty   Judgment: Guilty   Bond Status: Personal Recognizance

Detainers or Pending Charges: F-06412-92A, UCSA, Distribution of Cocaine bound over to Superior Court Grand Jury 6-24-92. No additional Court date has been set at this time.

Co-defendants:
N/A                (Dkt No.): N/A          (Status): N/A

AUSA: Albert Herring             Telephone: (202) 514-7524

Defense Counsel: Virginia Dietrich    Telephone: (202) 508-3398

"In accordance with the U.S. Parole Commission and Reorganization Act, Public Law 94-233, dated March 15, 1976 this report is disclosable to inmates in federal institutions for purposes of parole consideration."

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Timothy Roy Eady | Warden Steven A. Smith |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001 | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| PRO SE (PR) | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) # 241-088 | Case: 1:07-cv-00478<br>Assigned To : Robertson, James<br>Assign. Date : 03/14/2007<br>Description: TIMOTHY R. EADY V. WARDEN SMITH |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255* <br> ☒ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ 0    Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE    SIGNATURE OF ATTORNEY OF RECORD
NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Forms\js-44.wpd