FILED
APR 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY ROY EADY, )
)
    Petitioner, )
)
v. ) Civil Action No. 07-478 (JR)
)
WARDEN STEVEN A. SMITH, )
)
    Respondent. )

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is hereby

ORDERED that the Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Respondent, and is directed to send a copy to the District of Columbia Attorney General and the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge

Date: 4/11/07