UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY ROY EADY, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | Civil Action No. 07-478 (JR) |
| ) | |
| STEVEN A. SMITH, ) | |
| ) | |
| RESPONDENT. ) | |

**RESPONDENT STEVEN A. SMITH'S RESPONSE
TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent Steven A. Smith, by and through the Office of the Attorney General for the District of Columbia, herein responds to the Court's April 11, 2006, Order to Show Cause, and states as follows:

1. On or about March 14, 2007, petitioner filed a habeas corpus petition challenging his current confinement. Petitioner challenges the U.S. Parole Commission's authority to revoke his parole. *See* Petition, generally.

2. Steven A. Smith, petitioner's warden, is not the proper party respondent because he lacks authority to grant petitioner his requested relief. D.C. Official Code § 24-131 provides that:

> "Not later than one year after August 5, 1997, the United States Parole Commission shall assume the jurisdiction and authority of the Board of Parole of the District of Columbia to grant and deny parole, and to impose conditions upon an order of parole, in the case of any imprisoned felon who is eligible for parole or reparole under the District of Columbia Code. The Parole Commission shall have exclusive authority to amend or supplement any regulation interpreting or implementing the parole laws of the District of Columbia with respect to felons…
>
> (2) Jurisdiction of Parole Commission to revoke parole or modify conditions. – On the date in which the Court Services and Offender Supervision Agency for the District of Columbia is established …, the United States Parole

> Commission shall assume any remaining powers, duties, and jurisdiction of the Board of Parole of the District of Columbia, including jurisdiction to revoke parole and to modify the conditions of parole, with respect to felons...."

Consistent with the provisions of § 24-131, on August 5, 1998, the D.C. Parole Board ("the Board") transferred its authority to grant parole release to the U.S. Parole Commission ("the Commission"). On August 5, 2000, the Board transferred its remaining responsibilities to the Commission and was then abolished on that date. Accordingly, neither petitioner's warden nor the District of Columbia are able to provide petitioner with his requested relief, and therefore submit that the U.S. Attorney's Office has the power to grant petitioner the relief he seeks.

      3.      On May 3, 2007, undersigned counsel for the District communicated with Assistant United States Attorney Tom Reef in the Special Proceedings Division of the U.S. Attorney's Office. The Special Proceedings Division is preparing to respond to this Court's Order to Show Cause. Therefore, respondent Smith defers to the U.S. Attorney's Office's response to the claims set forth in petitioner's petition.

      WHEREFORE, respondent seeks discharge of the Court's April 11, 2007, Order to Show Cause against him.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES
        Chief, General Litigation Section IV
        441 4th Street, N.W. - 6th Floor North
        Washington, D.C. 20001
        (202) 442-9863; (202) 727-6295

        /s/ Ashley E. Seuell
        ASHLEY E. SEUELL
        Special Assistant Attorney General, D.C.
        General Litigation Section IV
        441 4th Street, N.W. - 6th Floor South
        Washington, D.C. 20001
        (202) 724-6520; (202) 727-6295


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondent Steven A. Smith's Response to the Court's Order to Show Cause was mailed, first class postage pre-paid on May 7, 2007, to:

Mr. Timothy Roy Eady, DCDC #241-088
1901 D Street, S.E.
Washington, DC 20003

        /s/ Ashley E. Seuell
        ASHLEY E. SEUELL
        Special Assistant Attorney General, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY ROY EADY, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-478 (JR) |
| | ) | |
| STEVEN A. SMITH, | ) | |
| | ) | |
| RESPONDENT. | ) | |

ORDER

Upon consideration of the Petition for the Writ of Habeas Corpus, the Court's Order to Show Cause, and the Response of Steven A. Smith, it is this ___ day of _____, 2007,

ORDERED that the Order to Show Cause as against respondent Steven A. Smith is hereby discharged.

_____
Judge

Copies to:

Mr. Timothy Roy Eady, DCDC #241-088
1901 D Street, S.E.
Washington, DC 20003.

Tom Reef, AUSA
Special Proceedings Division
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Ashley E. Seuell,
Special Assistant Attorney General, D.C.

General Litigation Section IV
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6520; (202) 727-6295