```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| TIMOTHY ROY EADY, ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. 07-478 (JR) |
| ) | |
| v. ) | |
| ) | |
| WARDEN STEVEN A. SMITH, ) | |
| ) | |
| Respondent ) | |
| ) | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter has been assigned to Assistant United States Attorney Thomas S. Rees, D.C. Bar No. 358-962, telephone number 202-305-1845, who hereby notices his appearance on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
(D.C. Bar No. 498-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

 /s/
THOMAS S. REES
(D.C. Bar No. 358-962)
Assistant United States Attorneys
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2007, the foregoing NOTICE OF APPEARANCE was served on the District of Columbia Attorney General via the Court's ECF system, and that a copy was served on petitioner, pro se, first-class postage prepaid, as follows:

>Mr. Timothy Eady
>DC/DC # 241-088
>Fed. Reg. # 08381-007
>1901 "D" Street, S.E.
>Washington, D.C. 20003
>
>_____/s/_____
>THOMAS S. REES
>Assistant United States Attorney