```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| TIMOTHY ROY EADY,              ) | |
|        Petitioner             ) | |
|                               ) | Civil Action No. 07-478 (JR) |
| v.                             ) | |
| WARDEN STEVEN A. SMITH,         ) | |
|        Respondent             ) | |

UNITED STATES' MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an extension of time to and including June 8, 2007, in which to respond to petitioner's petition for a writ of habeas corpus, filed pro se on March 14, 2007. Because the petitioner is incarcerated we have not attempted to reach him to learn his position on this motion.

We respectfully inform the Court that additional time is needed to research petitioner's incarceration history, draft an appropriate response, and review and finalize that document. In addition, the undersigned is obliged to respond to collateral motions in three other cases this month. Petitioner should not be unduly prejudiced by this first request for an extension of time.

WHEREFORE, the United States seeks an extension of time in which to respond to petitioner's petition for a writ of habeas corpus. A proposed order is attached.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    (D.C. Bar No. 451-058)
    United States Attorney

    ROBERT D. OKUN (D.C. Bar No. 457-078)
    Chief, Special Proceedings Division

    /s/
    THOMAS S. REES
    (D.C. Bar No. 358-962)
    Assistant United States Attorneys
    Special Proceedings Division
    555 Fourth Street, N.W., Tenth Floor
    Washington, D.C. 20530
    (202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2007, the foregoing motion for an extension of time was served on the District of Columbia Attorney General via the Court's ECF system, and that a copy was served on petitioner, *pro se*, first-class postage prepaid, as follows:

    Mr. Timothy Eady
    DC/DC # 241-088
    Fed. Reg. # 08381-007
    1901 "D" Street, S.E.
    Washington, D.C. 20003

    /s/
    THOMAS S. REES
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY ROY EADY, | ) |
| | ) |
|     Petitioner | ) |
| | ) Civil Action No. 07-478 (JR) |
| | ) |
|     v. | ) |
| | ) |
| WARDEN STEVEN A. SMITH, | ) |
| | ) |
|     Respondent | ) |

<u>ORDER</u>

This matter is currently before the Court on the United States' Motion For An Extension Of Time To Respond To Petition For Writ Of Habeas Corpus.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the United States' Motion For An Extension Of Time To Respond To Petition For Writ Of Habeas Corpus is hereby GRANTED. And it is

FURTHER ORDERED that the United States' response to petitioner's petition for a writ of habeas corpus shall be filed by June 8, 2007.

                                                  _____
                                                  The Honorable James Robertson
                                                  United States District Judge

<u>copies to</u>:

Mr. Timothy Eady
DC/DC # 241-088
Fed. Reg. # 08381-007
1901 "D" Street, S.E.
Washington, D.C. 20003

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530

Attorney General for the District of Columbia
441 4th Street, N.W.
Washington, D.C. 20001