**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY EADY, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-0478 (JR) |
| | : |
| STEVEN A. SMITH, Warden, | : |
| | : |
|     Defendant. | : |

**ORDER**

Upon consideration of Steven A. Smith's response to this Court's order to show cause, it appearing that a response will be made for the U.S. Parole Commission by the United States Attorney, it is **ORDERED** that the order to show cause is **discharged** as to Steven A. Smith.

                                                    JAMES ROBERTSON
                                     United States District Judge