UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY ROY EADY,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Action No. 07-478 (JR) |
| ) | |
| **WARDEN STEVEN A. SMITH,** ) | |
| ) | |
| Respondent ) | |
| ) | |

UNITED STATES' SUPPLEMENTAL CERTIFICATE OF SERVICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that on May 25, 2007, a copy of its Opposition To Petitioner's Petition For A Writ Of Habeas Corpus also was served on petitioner, pro se, via first class U.S. Mail postage prepaid, as follows:

> Timothy Eady
> R 08381-007
> Petersburg Medium
> Federal Correctional
> Institution
> Inmate Mail/Parcels
> P.O. Box 90043
> Petersburg, VA 23804

This service was in addition to the May 25, 2007 mail service on petitioner at 1901 "D" Street, S.E., Washington, D.C., as reflected on the Certificate of Service appended to the United States' May 25, 2007 Opposition.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 451058

        ROBERT D. OKUN
        CHIEF, SPECIAL PROCEEDINGS DIVISION
        D.C. Bar No. 457078

          /s/ Thomas S. Rees
        THOMAS S. REES
        Assistant United States Attorney
        D.C. Bar No. 358962
        555 4th Street, N.W., Room 10-443
        Washington, D.C.  20530
        (202) 305-1845

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this United States' Supplemental Certificate Of Service was served by first class U.S. mail, postage prepaid, on this 29th day of May, 2007 as follows:

    Timothy Eady
    DC/DC # 241-088
    Fed. Reg. # 0831-007
    1901 "D" Street, S.E.
    Washington, D.C. 20003

    Timothy Eady
    R 08381-007
    Petersburg Medium
    Federal Correctional
    Institution
    Inmate Mail/Parcels
    P.O. Box 90043
    Petersburg, VA 23804

    Office of the Attorney General
    District of Columbia
    John A. Wilson Bldg.
    1350 Pennsylvania Avenue, N.W.
    Suite 407
    Washington, D.C. 20004

                        /s/ Thomas S. Rees
                        Assistant United States Attorney