UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY EADY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 07-0478 (JR) |
| | : | |
| STEVEN A. SMITH, | : | |
| | : | |
| Respondent. | : | |

ORDER

The United States has filed an opposition to the petition for a writ of *habeas corpus*, filed *pro se*. Because the Court's consideration of this response could result in dismissal of the case, petitioner will be allowed time to reply by filing an opposing memorandum of points and authorities. *See* Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that petitioner shall reply to the United States' opposition by **June 29, 2007**. If the petitioner does not respond within the time provided, the Court will treat the government's opposition as conceded and may summarily deny the petition and dismiss the case.

JAMES ROBERTSON
United States District Judge