United States District Court
for The District of Columbia

**RECEIVED**
JUN 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Timothy Roy Eady
       Petitioner
v.
Warden Steven A Smith
       Respondent

Civil Action NO-07-478 (JR)

<u>Responce</u> to - United States Opposition To Petitioner's Petition for a Writ of Habeas Corpus

Come now Timothy Eady, pro see without the power of Attorney in responce to opposition from U.S. and respectfully submits the following in support of Petitioners petition for Writ of Habeas Copus. The U.S. failed to respond in a timely maner to Petitioners Writ of Habeas Corpus. An order to respond was not adheand to as issued the court on <u>3-14-07</u> U.S. Responce was recieved by Petitioners on <u>5-29-07</u>. The responce from the U.S. in no way addresses the claims and facts to issues pensented by the petitioner. Petitioner request this honorable court to intertain the facts presented in the original Habeas corpus Patition in Conjunction with petitioners responce to U.S. Gov't opposistion.

Responce to ~~Petitioners~~ U.S. argument thats listed on page one, two and three. Yes Petitioner did suffer from the disease of addretion for which these is no know cure.

Timothy Eady
vs.
United States. c/o Judgment and Commitment

Case No. F6412-92
F-1152-92

23-110 To Vacate Set Aside Correct Sentence and Judgment

<u>Parties and Jurisdiction</u>
1. Name - <u>Timothy Eady</u>
2. D.o.B - <u>1-4-69</u>
3. DC D.C. - <u>241088</u>
4. Fed nub - <u>08381007</u>
5. Status of Parole - <u>Violation of Parole</u>
   (B) Address Home - <u>1425 Cedar St SE Apt 202 Wash DC 20020</u>
   (C) Address Current - <u>Petersburg Medium Po Box 90043 Petersburg VA 23804</u>
6. Any Other Charges - <u>NO</u>

II <u>Case History</u>
① Enter the Case number of the sentence and Judgment you want to vacate. set aside or correct only <u>F6412-92 and F-1152-92</u>
② Name of the Judge who sentenced you. <u>Judge Westburg and Judge Mitchell Rankin</u>
③ Name of Attorney at sentencing <u>unknown</u>
④ Name of Attorney at trail <u>unknown</u>
⑤ Term of Sentence <u>4 to 12 years plus 100 days</u>
⑥ How were you found guilty <u>Plea of guilty</u>
⑦ Found guilty by Judge (Yes) or No
⑧ Did I appeal you conviction (NO)
⑨ Any motion to correct sentence (NO)

Page 9
III

## Grounds for Release

In regard to the issue of the Sentence Realm of Grounds I Timothy Eady want you to know that all my time under the original sentence should have been over and expired by 7-11-05. The Noble Act has nothing to do with my original sentencing nor was this passed by Congress to have an authority other than the original Judge and court to re sentence me. I find that it is only true to acknowledge that this matter was created by those authorities to hold me over the length of time that was owed under this expired Judgment and Commitment Docket No. F-6412-92 F-1152-92 as well as to take the law from the Judgment Courts to hold me on parole without having any more time. Especially in not ever seeing a short term or long term expiration date due to their taking the original one overtly to cause this type of misled event. Issues under these circumstances need to be addressed. without controversy. But with fairness to the Constitutional Right of every inmate or in my case. a situation that cause me to be in parole staus longer then the original time allowed.

I The petitioner have exhausted all remedies and still have not recieved a suitable resolution that will address the time gap in which my sentence from 1993 to 2005 was over and about to expire on 7-11-05 Since these criminal authorities that deal with housing or revoking parole have violated the clauses that brought this matter to court. I wish to have an oral hearing on the matter of why I am still being incarcerated on an old expired docket number which has no more time on it. This has taken street time and other time from me illegally and basically resulted in an illegal extended sentence. My time was supposed to have been up on 7-11-05  Please may this relief to vacate this matter be deemed appropriate.

May this court order relief under this Docket number F 6412-92 F-1152-92 which has an original sentence of no less then 4 years and no more then 12 years and expired on the date 7-11-05 for which I am still being held. I have never seen a short term or mandatory term for release to expire this Docket number. Those who have incarcerated me under this expired Docket number have done so illegally.

6-5-07
Date

Timothy Eady
Signed

## Closing Argument

I might add that someone in these institutions and USPC agencies act as if they have more power and authority than the Judge who gave me the sentence under the Judgment and Commitment Docket number. These issue show that they are assuming the authority of the U.S. District of Columbia Metropolitan Courts. Which are the only authority of criminal endeavors that can legally vacate set aside or correct a sentence or re-sentence me under Docket number F6412-92 F-1152-92 Something must be done to prevent government offices from getting away with this type of deception. Especially when they create a face sheet document with misleading information under an expired J.C. Docket number and send it through the system for criminal records and data to NCIC/WALes computers. The falsified information is then sent across the nation illegally causing criminal authorities to think that I still owe time under docket number F6412-92 F1152-92. Which is not true but criminally false. Your Honor in reference to what my Judgment and Commitment has stated. The Docket numbers does not have any more time on it. No more time is owed on this here Sentence

My Judgment of Commitment states that no less tan __4 years__ no more then __12 years__

May this be speedily looked into and may you at this Honorable Court Compare the original Docket number F6412-92 F1152-92 with that which they are presently holding me on. Which is not the court's direct decision. I wish that this will be acknowledged and resolved by This Court and may either a Judge or investigator be assigned to this old docket number and sentence that has expired.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA   241-088

United States of America
District of Columbia

Case No. F 6412-92

vs.

PDID No. 420918

Timothy R. Endy    MOD 74

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of (8)
Distribution of Cocaine

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to

2 years to 6 years

* Drug treatment recommended *

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply. deft meets addict exception
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803(b) of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
   ☐ Observe the general conditions of probation listed on the back of this order.
   ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
   ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

   ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____.
   ☐ _____

Costs in the aggregate amount of $ 200 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. deduct from jail pay
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

7/23/93
Date

_____ 
Judge

**GOVERNMENT EXHIBIT B**

Certification by Clerk pursuant to Criminal Rule 32(d)

7/23/93

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F-1152-92 Comply

vs.

PDID No. 420-918

TIMOTHY R. EADY

CORRECTED

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of
Count G - Attempt Distribution of Cocaine

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to reduced to Two (2) to Six (6) years consecutive to any other sentence being served.

CTF Recommended. Defendant to receive credit for time served.

- ☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
- ☒ MANDATORY MINIMUM term does not apply.
- ☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
- ☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803(b) of the D.C. Code [Youth Rehabilitation Act 1985].
- ☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  - ☐ Observe the general conditions of probation listed on the back of this order.
  - ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  - ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
  - ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
  - ☐ _____

Costs in the aggregate amount of $20.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. To be taken out of jail pay.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

June 1st 1994
Date

Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

6/2/94
Date

Deputy Clerk

GOVERNMENT EXHIBIT