UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY EADY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 07-0478 (JR) |
| | : | |
| STEVEN A. SMITH, | : | |
| | : | |
| Respondent. | : | |

MEMORANDUM

In this *habeas corpus* action filed in June 2007, petitioner, a District of Columbia prisoner, questions why he is still serving an aggregate sentence of 4 to 12 years' imprisonment that he contends expired on July 11, 2005. Specifically, petitioner challenges the rescission of his "good time and [] street time" credit. Pet. at 6. Good-time credit reduces the time one has to serve before qualifying for parole eligibility and mandatory release. D.C. Code § 24-221.01a. It does not survive a conditional release. 28 C.F.R. § 2.35(b). Street-time credit is forfeited when parole is revoked. D.C. Code § 24-406. Because this violates neither the Constitution nor a federal statute, *see Noble v. United States Parole Commission*, 32 F. Supp.2d 11, 13-14 (D.D.C. 1998), *aff'd* 194 F.3d 152 (D.C. Cir. 1999), the writ may not be granted. A separate Order of dismissal accompanies this Memorandum.

JAMES ROBERTSON
United States District Judge