UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY EADY, | : |
|        Petitioner, | : |
| v. | :   Civil Action No. 07-0478 (JR) |
| STEVEN A. SMITH, | : |
|        Respondent. | : |

ORDER

For the reasons stated in the accompanying Memorandum, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 3] is **DISCHARGED**; and it is

**FURTHER ORDERED** that the application for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**, and this case is **DISMISSED**. This is a final appealable Order.


JAMES ROBERTSON
United States District Judge